THE PEOPLE OF THE STATE OF NEW YORK ex rel. 71 PARK AVENUE, INC., Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued March 20, 1930; decided April 8, 1930.)

*Harold Swain* and *Arthur H. Indell* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (William H. King* and *Patrick A. Bolger* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.